IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Kimberly Vanessa Bracey aka Kim Vanessa Bracey, aka Kimberly V. Bracey, aka Kim Bracey, aka Kimberly Bracey, aka Kim V. Bracey**<br><br>**Debtor(s)** | **BK NO. 18-00568 RNO**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, As trustee For Structured Asset Investment Loan Trust, Mortgage Pass-through, 2006-3 and index same on the master mailing list.

    Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322