**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Kimberly Vanessa Bracey aka Kim Vanessa Bracey, aka Kimberly V. Bracey, aka Kim Bracey, aka Kimberly Bracey, aka Kim V. Bracey<br><br>**Debtor(s)** | **BK NO. 18-00568 RNO**<br><br>**Chapter 13** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, As trustee For Structured Asset Investment Loan Trust, Mortgage Pass-through, 2006-3 and index same on the master mailing list.

                                                         Respectfully submitted,

                                                **/s/ James C. Warmbrodt, Esquire**
                                                James C. Warmbrodt, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                215-627-1322