**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Kimberly Vanessa Bracey AKA Kim** | : | **Case No.: 18-00568** |
| **Vanessa Bracey, AKA Kimberly V.** | : | **Chapter 13** |
| **Bracey, AKA Kim Bracey, AKA** | : | **Judge Robert N. Opel II** |
| **Kimberly Bracey, AKA Kim V.** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Bracey** | : | |
| | : | |
| **Debtor(s).** | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A.,

d/b/a Wells Fargo Auto.

, its successor and assigns ("Creditor") in the above referenced case. Please send all notices

issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

19-043573_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
    **Kimberly Vanessa Bracey AKA Kim**  :    **Case No.: 18-00568**
    **Vanessa Bracey, AKA Kimberly V.**   :    **Chapter 13**
    **Bracey, AKA Kim Bracey, AKA**    :    **Judge Robert N. Opel II**
    **Kimberly Bracey, AKA Kim V.**    :    \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
    **Bracey**                          :
                                                :
    **Debtor(s).**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Vincent Rubino, Attorney for Kimberly Vanessa Bracey AKA Kim Vanessa Bracey, AKA Kimberly V. Bracey, AKA Kim Bracey, AKA Kimberly Bracey, AKA Kim V. Bracey, Newman Williams Mishkin Corveleyn et, 712 Monroe Street, PO Box 511, Stroudsburg, PA 18360-0511, VRubino@newmanwilliams.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on December  13 , 2019:

Robert J. Kidwell, Attorney for Kimberly Vanessa Bracey AKA Kim Vanessa Bracey, AKA Kimberly V. Bracey, AKA Kim Bracey, AKA Kimberly Bracey, AKA Kim V. Bracey, PO Box 511, 712 Monroe Street, Stroudsburg, PA  18360

Kimberly Vanessa Bracey AKA Kim Vanessa Bracey, AKA Kimberly V. Bracey, AKA Kim Bracey, AKA Kimberly Bracey, AKA Kim V. Bracey, 3239 Windermere Drive, Bushkill, PA 18324-6922

Abdullah Frazier, 213 Falls Circle, Bushkill, PA  18324

DATE:  December 13, 2019

                                   /s/ Karina Velter
                                  Karina Velter, Esquire (94781)

19-043573_PS

Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

19-043573_PS