```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 18-00568-RNO
Kimberly Vanessa Bracey                                           Chapter 13
      Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0314-5      User: ToniaWils          Page 1 of 1            Date Rcvd: Dec 31, 2019
                          Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2020.
db             Kimberly Vanessa Bracey,    3239 Windermere Drive,    Bushkill, PA   18324-6922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                          Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, As Trustee For et. al.
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Structured Asset Investment Loan Trust Mortgage
               Pass-Through Certificates, Series 2006-3 bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, As trustee For
               Structured Asset Investment Loan Trust,    Mortgage Pass-through Certificates, 2006-3
               bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee For et. al.
               pamb@fedphe.com
              Jodi L Hause    on behalf of Creditor    U.S. Bank National Association, As Trustee For et. al.
               jodi.hause@phelanhallinan.com,    pamb@fedphe.com
              Karina Velter    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              Mario John Hanyon    on behalf of Creditor    Structured Asset Investment Loan Trust Mortgage
               Pass-Through Certificates, Series 2006-3 pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    U.S. Bank National Association, As Trustee For et.
               al. pamb@fedphe.com
              Robert J Kidwell, III    on behalf of Debtor 1 Kimberly Vanessa Bracey rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.co
               m
              Thomas Song    on behalf of Creditor    U.S. Bank National Association, As Trustee For et. al.
               pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Kimberly Vanessa Bracey
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                             TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kimberly Vanessa Bracey aka Kim Vanessa Bracey, aka Kimberly V. Bracey, aka Kim Bracey, aka Kimberly Bracey, aka Kim V. Bracey <br>     Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC as servicer for Structured Asset Investment Loan Trust Mortgage Pass-through Certificates, Series 2006-3, U.S. Bank National Association, as Trustee <br>     Movant <br> vs. | NO. 18-00568 RNO <br><br> 11 U.S.C. Section 362 |
| Kimberly Vanessa Bracey aka Kim Vanessa Bracey, aka Kimberly V. Bracey, aka Kim Bracey, aka Kimberly Bracey, aka Kim V. Brace <br>     Debtor | |
| Charles J. DeHart, III, Esquire <br>     Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: December 31, 2019

By the Court,

*Robert N. Opel II*
_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)