```
                                 United States Bankruptcy Court
                                  Middle District of Pennsylvania
```

In re:                                                                      Case No. 18-00568-RNO
Kimberly Vanessa Bracey                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1     Date Rcvd: Jan 24, 2020
                        Form ID: pdf010     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2020.
db          Kimberly Vanessa Bracey,    3239 Windermere Drive,    Bushkill, PA   18324-6922
         +Abdullah Frazier,    213 Falls Circle,,    Bushkill, PA   18324-8014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, As trustee For Structured Asset Investment Loan Trust,   Mortgage Pass-through Certificates, 2006-3 bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, As Trustee For et. al. bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-3 bkgroup@kmllawgroup.com
         Jerome B Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee For et. al. pamb@fedphe.com
         Jodi L Hause    on behalf of Creditor    U.S. Bank National Association, As Trustee For et. al. jodi.hause@phelanhallinan.com,    pamb@fedphe.com
         Karina Velter    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
         Mario John Hanyon    on behalf of Creditor    Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2006-3 pamb@fedphe.com
         Mario John Hanyon    on behalf of Creditor    U.S. Bank National Association, As Trustee For et. al. pamb@fedphe.com
         Robert J Kidwell, III    on behalf of Debtor 1 Kimberly Vanessa Bracey rkidwell@newmanwilliams.com, rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com
         Thomas Song    on behalf of Creditor    U.S. Bank National Association, As Trustee For et. al. pamb@fedphe.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         Vincent Rubino    on behalf of Debtor 1 Kimberly Vanessa Bracey lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com
                                                                                                      TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 18-00568 |
| **Kimberly Vanessa Bracey AKA Kim Vanessa Bracey, AKA Kimberly V. Bracey, AKA Kim Bracey, AKA Kimberly Bracey, AKA Kim V. Bracey** | Chapter 13 |
| | Judge Robert N. Opel II |
| | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | |
| | Related Document # 54 |
| **Movant,** | |
| vs | |
| **Kimberly Vanessa Bracey AKA Kim Vanessa Bracey, AKA Kimberly V. Bracey, AKA Kim Bracey, AKA Kimberly Bracey, AKA Kim V. Bracey Abdullah Frazier** | |
| **Charles J. DeHart III** | |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, to wit, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

Dated: January 24, 2020

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Bankruptcy Judge (DG)