```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 18-00568-RNO
Kimberly Vanessa Bracey                                             Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke          Page 1 of 1         Date Rcvd: Mar 10, 2020
                             Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
db          Kimberly Vanessa Bracey,    3239 Windermere Drive,    Bushkill, PA  18324-6922

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association, As Trustee For et. al.
               bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Structured Asset Investment Loan Trust Mortgage
               Pass-Through Certificates, Series 2006-3 bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association, As trustee For
               Structured Asset Investment Loan Trust,   Mortgage Pass-through Certificates, 2006-3
               bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee For et. al.
               pamb@fedphe.com
              Jodi L Hause     on behalf of Creditor    U.S. Bank National Association, As Trustee For et. al.
               jodi.hause@phelanhallinan.com,    pamb@fedphe.com
              Karina Velter     on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              Mario John Hanyon     on behalf of Creditor    Structured Asset Investment Loan Trust Mortgage
               Pass-Through Certificates, Series 2006-3 pamb@fedphe.com
              Mario John Hanyon     on behalf of Creditor    U.S. Bank National Association, As Trustee For et.
               al. pamb@fedphe.com
              Robert J Kidwell, III    on behalf of Debtor 1 Kimberly Vanessa Bracey rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.co
               m
              Thomas Song     on behalf of Creditor    U.S. Bank National Association, As Trustee For et. al.
               pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino     on behalf of Debtor 1 Kimberly Vanessa Bracey
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                                 TOTAL: 13

VR/MAG

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KIMBERLY VANESSA BRACEY, | : | |
| a/k/a KIMBERLY V. BRACEY, | : | CASE NO. 5:18-00568 |
| a/k/a KIMBERLY BRACEY, | : | |
| a/k/a KIM VANESSA BRACEY, | : | |
| a/k/a KIM V. BRACEY, | : | |
| a/k/a KIM BRACEY, | : | |
|     Debtor | : | |

**ORDER GRANTING**
**MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION**

AND NOW, upon consideration of Debtor's Motion to Modify Chapter 13 Plan After Confirmation, Debtor's Second Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Debtor's Motion to Modify Chapter 13 Plan After Confirmation is GRANTED. It is further **ORDERED** that the amendments in the Second Amended Chapter 13 Plan filed in conjunction with Debtor's Motion to Modify Chapter 13 Plan After Confirmation are hereby APPROVED.

Dated: March 10, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (DG)