## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

KIMBERLY VANESSA BRACEY                      Case No.: 5-18-00568-MJC
                                             Chapter 13
    Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**      **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SPECIALIZED LOAN SERVICING LLC |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 7858/PRE ARREARS/231 FALLS CIR |
| Property Address if applicable: | 3239 WINDERMERE DRIVE, , BUSHKILL, PA18324-6922 |

**PART 2:**      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $11,700.68 |
| b. | Prepetition arrearages paid by the Trustee: | $11,700.68 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $1,944.79 |
| f. | Postpetition arrearages paid by the Trustee: | $1,944.79 |
| g. | Total b, d, f: | $13,645.47 |

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2022

Respectfully submitted,

s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name:  SPECIALIZED LOAN SERVICING LLC
Court Claim Number:  03

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1205020 | 07/11/2019 | $256.78 | $0.00 | $256.78 |
| 5200 | 1206359 | 08/07/2019 | $389.05 | $0.00 | $389.05 |
| 5200 | 1207872 | 09/26/2019 | $690.01 | $0.00 | $690.01 |
| 5200 | 1208905 | 10/10/2019 | $307.32 | $0.00 | $307.32 |
| 5200 | 1210104 | 11/07/2019 | $394.25 | $0.00 | $394.25 |
| 5200 | 1211478 | 12/12/2019 | $487.32 | $0.00 | $487.32 |
| 5200 | 1212842 | 01/16/2020 | $487.33 | $0.00 | $487.33 |
| 5200 | 1214187 | 02/13/2020 | $91.42 | $0.00 | $91.42 |
| 5200 | 1216764 | 04/14/2020 | $465.58 | $0.00 | $465.58 |
| 5200 | 1217747 | 05/06/2020 | $257.31 | $0.00 | $257.31 |
| 5200 | 1218733 | 06/02/2020 | $343.09 | $0.00 | $343.09 |
| 5200 | 1219759 | 07/07/2020 | $428.87 | $0.00 | $428.87 |
| 5200 | 1220801 | 08/12/2020 | $428.86 | $0.00 | $428.86 |
| 5200 | 1221862 | 09/17/2020 | $428.86 | $0.00 | $428.86 |
| 5200 | 1222844 | 10/15/2020 | $343.09 | $0.00 | $343.09 |
| 5200 | 1223637 | 11/03/2020 | $260.19 | $0.00 | $260.19 |
| 5200 | 1224628 | 12/10/2020 | $433.65 | $0.00 | $433.65 |
| 5200 | 1226407 | 01/19/2021 | $433.64 | $0.00 | $433.64 |
| 5200 | 1227427 | 02/17/2021 | $433.65 | $0.00 | $433.65 |
| 5200 | 1228451 | 03/17/2021 | $346.92 | $0.00 | $346.92 |
| 5200 | 1229465 | 04/15/2021 | $346.92 | $0.00 | $346.92 |
| 5200 | 2000853 | 05/18/2021 | $346.92 | $0.00 | $346.92 |
| 5200 | 2001835 | 06/16/2021 | $358.34 | $0.00 | $358.34 |
| 5200 | 2002821 | 07/14/2021 | $447.92 | $0.00 | $447.92 |
| 5200 | 2003910 | 08/18/2021 | $98.35 | $0.00 | $98.35 |
| 5200 | 2004888 | 09/14/2021 | $423.00 | $0.00 | $423.00 |
| 5200 | 2005949 | 10/14/2021 | $383.81 | $0.00 | $383.81 |
| 5200 | 2006977 | 11/16/2021 | $441.18 | $0.00 | $441.18 |
| 5200 | 2007992 | 12/15/2021 | $352.93 | $0.00 | $352.93 |
| 5200 | 2009019 | 01/19/2022 | $441.18 | $0.00 | $441.18 |
| 5200 | 2009968 | 02/16/2022 | $352.94 | $0.00 | $352.94 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

KIMBERLY VANESSA BRACEY　　　　　　　Case No.: 5-18-00568-MJC
　　　　　　　　　　　　　　　　　　　　Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| VINCENT RUBINO, ESQUIRE<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG PA,   18360-0511 | SERVED ELECTRONICALLY |
| Specialized Loan Servicing LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO,   80111 | SERVED BY 1ST CLASS MAIL |
| KIMBERLY VANESSA BRACEY<br>3239 WINDERMERE DRIVE<br>BUSHKILL, PA  18324-6922 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2022　　　　　　　　　　　　s/   Liz Joyce
　　　　　　　　　　　　　　　　　　　　　Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　eMail:  info@pamd13trustee.com