In re:

Kimberly Vanessa Bracey

  Debtor

Case No. 18-00568-MJC

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 22, 2022 | Form ID: 3180W | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kimberly Vanessa Bracey, 3239 Windermere Drive, Bushkill, PA 18324-6922 |
| cr | + | Structured Asset Investment Loan Trust, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Structured Asset Investment Loan Trust, 6200 S. Quebec Stree, Greenwood Village, CO 80111-4720 |
| cr | + | Structured Asset Investment Loan Trust Mortgage Pa, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 5022626 | + | BERKHEIMER TAX ADMINISTRATION, 50 NORTH SEVENTH STREET, BANGOR, PA 18013-1795 |
| 5022627 | | BUREAU INVESTMENT GRP PORTFOLIO, C/O ASSET RECOVERY, 2200 E DEVON AVE STE 200, DES PLAINES, IL 60018-4501 |
| 5026650 | + | Berkheimer Tax Administrator, Agent for Lehman, Twp/East Stroudsburg ASD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5022632 | | ENCORE RECEIVABLE MGT, PO BOX 3330, OLATHE, KS 66063-3330 |
| 5022633 | | EOS CCA, PO BOX 981002, BOSTON, MA 02298-1002 |
| 5022634 | | GENPACT SERVICES, PO BOX 1969, SOUTHGATE, MI 48195-0969 |
| 5145762 | + | Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 5037957 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 5022649 | | TIME WARNER CABLE, 41-61 KISSENA BLVD, FLUSHING, NY 11355-3189 |
| 5297039 | + | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 5032035 | #+ | U.S. Bank National Association, et. al., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-1663 |
| 5022651 | + | WELLS FARGO BANK, C/O PHELAN HALLINAN DIAMOND JONES, 1617 JFK BLVD SUITE 1400, PHILADELPHIA, PA 19103-1814 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Apr 22 2022 18:35:00 | Specialized Loan Servicing, LLC, 14841 Dallas Parkway,Suite 425, Dallas, TX 75254-8067 |
| 5022623 | | Email/Text: customercare@adminrecovery.com | Apr 22 2022 18:35:00 | ADMIN RECOVERY LLC, 45 EARHART DRIVE, SUITE 102, WILLIAMSVILLE, NY 14221-7809 |
| 5022625 | | Email/Text: legal@arsnational.com | Apr 22 2022 18:35:00 | ARS NATIONAL SERVICES, PO BOX 469046, ESCONDIDO, CA 92046-9046 |
| 5022628 | + | EDI: PRATHEBUR | Apr 22 2022 22:43:00 | BUREAUS INVEST GRP PORTFOLIO, NO. 15 LLC, 650 DUNDEE RD STE 370, NORTHBROOK, IL 60062-2757 |
| 5046178 | + | EDI: RECOVERYCORP.COM | Apr 22 2022 22:43:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5022629 | | EDI: CAPITALONE.COM | Apr 22 2022 22:43:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

| 5022631 | | EDI: WFNNB.COM | | |
| | | | Apr 22 2022 22:43:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5033684 | + | EDI: CITICORP.COM | | |
| | | | Apr 22 2022 22:43:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 5022639 | + | EDI: CITICORP.COM | | |
| | | | Apr 22 2022 22:43:00 | MACYS RECOVERY, 9111 DUKE BLVD, MASON, OH 45040 |
| 5154037 | | EDI: Q3G.COM | | |
| | | | Apr 22 2022 22:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5022635 | + | EDI: CITICORP.COM | | |
| | | | Apr 22 2022 22:43:00 | HOME DEPOT CREDIT SVCS, PO BOX 790328, SAINT LOUIS, MO 63179-0328 |
| 5022636 | + | EDI: CITICORP.COM | | |
| | | | Apr 22 2022 22:43:00 | HOME DEPOT/CITIBANK, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5022637 | + | EDI: HFC.COM | | |
| | | | Apr 22 2022 22:43:00 | HSBC BANK, PO BOX 9, BUFFALO, NY 14240-0009 |
| 5022638 | | EDI: IRS.COM | | |
| | | | Apr 22 2022 22:43:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5022630 | | EDI: JPMORGANCHASE | | |
| | | | Apr 22 2022 22:43:00 | CHASE BANK, MAIL CODE OH1-1272, 340 S CLEVELAND AVE BLDG 370, WESTERVILLE, OH 43081 |
| 5022640 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 22 2022 18:35:00 | MIDLAND CREDIT MGT, 2365 NORTHSIDE DRIVE, SUITE 300, SAN DIEGO, CA 92108-2710 |
| 5044274 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 22 2022 18:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5022641 | + | EDI: AGFINANCE.COM | | |
| | | | Apr 22 2022 22:43:00 | ONE MAIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5022642 | | Email/Text: ckimble@pandbcapitalgroup.com | | |
| | | | Apr 22 2022 18:35:00 | P&B CAPITAL GROUP, 455 CENTER ROAD, SENECA, NY 14224 |
| 5022644 | + | EDI: RMSC.COM | | |
| | | | Apr 22 2022 22:43:00 | PAYPAL CREDIT, PO BOX 5138, TIMONIUM, MD 21094-5138 |
| 5043814 | | EDI: PRA.COM | | |
| | | | Apr 22 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5023085 | + | EDI: RECOVERYCORP.COM | | |
| | | | Apr 22 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5024896 | | EDI: PENNDEPTREV | | |
| | | | Apr 22 2022 22:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5024896 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Apr 22 2022 18:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5045454 | | EDI: Q3G.COM | | |
| | | | Apr 22 2022 22:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5022645 | | EDI: RMSC.COM | | |
| | | | Apr 22 2022 22:43:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5145762 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Apr 22 2022 18:35:00 | Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 5022646 | | EDI: TDBANKNORTH.COM | | |
| | | | Apr 22 2022 22:43:00 | TD BANK, 32 CHESTNUT STREET, LEWISTON, ME 04240 |
| 5037957 | + | EDI: CBSTDR | | |
| | | | Apr 22 2022 22:43:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |

| 5022647 | + EDI: CITICORP.COM | | |
| | | Apr 22 2022 22:43:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5022648 | Email/Text: bankruptcy@sunrisecreditservices.com | | |
| | | Apr 22 2022 18:35:00 | THE FALLS COMMUNITY ASSOC, C/O SUNRISE CREDIT SERVICES INC, PO BOX 9100, FARMINGDALE, NY 11735-9100 |
| 5032677 | + EDI: WFFC.COM | | |
| | | Apr 22 2022 22:43:00 | U.S. Bank National Association, c/o Wells Fargo Bank, N.A. as servicer, Attn: Default Document Processing, 1000 Blue Gentian Road, N9286-01Y, Eagan, MN 55121-1663 |
| 5297039 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Apr 22 2022 18:35:00 | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 5022650 | + Email/Text: BAN5620@UCBINC.COM | | |
| | | Apr 22 2022 18:35:00 | UNITED COLLECTION BUREAU, 5620 SOUTHWYCK BLVD STE 206, TOLEDO, OH 43614-1501 |
| 5022652 | EDI: WFFC.COM | | |
| | | Apr 22 2022 22:43:00 | WELLS FARGO DEALER SERVICES, MAC T9017-026, PO BOX 168048, IRVING, TX 75016-8048 |
| 5022653 | EDI: WFFC.COM | | |
| | | Apr 22 2022 22:43:00 | WELLS FARGO HOME MORTGAGE, WRITTEN CORRESPONDENCE DEPT, PO BOX 10335, DES MOINES, IA 50306-0335 |
| 5045313 | EDI: WFFC.COM | | |
| | | Apr 22 2022 22:43:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5052669 | | Berkheimer Tax Administrator, agent for Lehman Twp |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5145763 | *+ | Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 5162982 | *+ | Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 5162983 | *+ | Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 5022624 | ##+ | ALLIED INTERSTATE, PO BOX 361445, COLUMBUS, OH 43236-1445 |
| 5022643 | ##+ | PATENAUDE & FELIX APC, 4545 MURPHY CANYON ROAD, 3RD FLOOR, SAN DIEGO, CA 92123-4363 |

TOTAL: 1 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank  N.A. amps@manleydeas.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates  Series 2006-3 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association  As trustee For Structured Asset Investment Loan Trust, Mortgage Pass-through Certificates, 2006-3 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association  As Trustee For et. al. bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor U.S. Bank National Association  As Trustee For et. al. pamb@fedphe.com |
| Jodi Hause | on behalf of Creditor U.S. Bank National Association  As Trustee For et. al. jodi.hause@usdoj.gov, pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates  Series 2006-3 pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor U.S. Bank National Association  As Trustee For et. al. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Kimberly Vanessa Bracey rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Thomas Song | on behalf of Creditor U.S. Bank National Association  As Trustee For et. al. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Kimberly Vanessa Bracey lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kimberly Vanessa Bracey** | Social Security number or ITIN   xxx–xx–1384 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–00568–MJC | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kimberly Vanessa Bracey
aka Kimberly V. Bracey, aka Kim Vanessa
Bracey, aka Kim Bracey, aka Kim V. Bracey,
aka Kimberly Bracey

**By the court:**

4/22/22

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---