IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| KIMBERLY VANESSA BRACEY, | : | |
| a/k/a KIMBERLY V. BRACEY, | : | CASE NO. 5:18-00568 |
| a/k/a KIMBERLY BRACEY, | : | |
| a/k/a KIM VANESSA BRACEY, | : | |
| a/k/a KIM V. BRACEY, | : | |
| a/k/a KIM BRACEY, | : | |
| Debtor. | : | |

---

## REQUEST FOR CERTIFIED DOCUMENT

---

To The Clerk of Courts:

Please send me a certified copy of Docket Number 82, Discharge Order. Thank
you.

NEWMAN, WILLIAMS, P.C.

By:  ROBERT J. KIDWELL, ESQUIRE
        Attorney I.D. No. 206555
        Attorney for Debtors
        712 Monroe St., PO Box 511
        Stroudsburg, PA 18360-0511
        (570) 421-9090; Fax (570) 424-9739
        rkidwell@newmanwilliams.com