United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 18-00568-MJC
Kimberly Vanessa Bracey  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jun 09, 2022     Form ID: fnldec     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kimberly Vanessa Bracey, 3239 Windermere Drive, Bushkill, PA 18324-6922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association As Trustee For et. al. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates Series 2006-3 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association As trustee For Structured Asset Investment Loan Trust, Mortgage Pass-through Certificates, 2006-3 bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor U.S. Bank National Association As Trustee For et. al. pamb@fedphe.com |
| Jodi Hause | on behalf of Creditor U.S. Bank National Association As Trustee For et. al. jodi.hause@usdoj.gov, pamb@fedphe.com |
| Mario John Hanyon | |

on behalf of Creditor Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates Series 2006-3 pamb@fedphe.com, mario.hanyon@brockandscott.com

Mario John Hanyon

on behalf of Creditor U.S. Bank National Association As Trustee For et. al. pamb@fedphe.com, mario.hanyon@brockandscott.com

Robert J Kidwell, III

on behalf of Debtor 1 Kimberly Vanessa Bracey rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Thomas Song

on behalf of Creditor U.S. Bank National Association As Trustee For et. al. tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Debtor 1 Kimberly Vanessa Bracey lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Kimberly Vanessa Bracey,<br>aka Kimberly V. Bracey, aka Kim Vanessa Bracey, aka<br>Kim Bracey, aka Kim V. Bracey, aka Kimberly Bracey, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:18−bk−00568−MJC |

Social Security No.:
                xxx−xx−1384

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

        **Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

        By the Court,

        Mark J. Conway, United States Bankruptcy Judge

        Dated: June 9, 2022

**fnldec** (01/22)